423 A.2d 1304 ·

Giantonio, Appellant, v. Wilson.

Argued March 19, 1979.   Joseph A. Ryan, for appellant;   Robert S. Gawthrop, Jr., for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

The orders are affirmed on the able opinions of Stively, J., of the Court of Common Pleas of Chester County.

PRICE, J., dissented.

423 A.2d 1304

Kirtland t/a, etc., Appellants, v. Schaffer et al.

Argued March 19, 1979.   Elwood M. Malos, for appellant;  M. Shay, for Schaffer, appellee.   Jeffrey R. Dimmich, for Hageter, appellee.   George A. Hahalis, for Donchez, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

The order is affirmed on the able opinion of Williams, J., of the Court of Common Pleas of Northampton County, Civil Division.